Motion for leave to appeal to the Court of Appeals denied. See, also, 130 N. Y. Supp. 1114.

HEIN, Appellant, v. VALENTINE, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by Isa W. Hein against Washington S. Valentine. A. Gruber, for appellant. R. S. Coutant, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

HEISER v. CINCINNATI ABATTOIR CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Rudolph Heiser against the Cincinnati Abattoir Company. No opinion. Motion granted. Order filed. See, also, 129 N. Y. Supp. 1126.

In re HELMS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of August G. Helms, as trustee, etc. W. Mitchell, for appellant. H. L. Franklin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERTER v. DWYER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Frank Herter against Anna M. Dwyer. No opinion. Application denied, with $10 costs. Order signed. See, also, 129 N. Y. Supp. 505.

In re HICKOK. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) In the matter of revoking letters of administration granted to Persis W. Hickok, etc. No opinion. Decree affirmed, with costs.

In re HILL VIEW RESERVOIR, SECTION NO. 1, PARCEL NO. 5. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the Hill View Reservoir, Section No. 1, Parcel No. 5.

PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Woodward.

JENKS, P. J., taking no part.

HOCHSTEIN et al., Appellants, v. VANDERVEER CROSSINGS, Inc., Respondent (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1911.) Actions by Louis Hochstein and others against the Vanderveer Crossings, Inc. L. Marshall, for appellants. C. C. Clark, for respondent. No opinion. Orders affirmed, with costs and disbursements. Orders filed.

HOLLYWOOD, Appellant, v. CUDNER, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frances Hollywood against Albert M. Cudner.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

THOMAS, J., dissents.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. William D. Dickey to take testimony and report thereon, with his opinion. No opinion. Edward A. Freshman, Esq., assigned to conduct the proceedings. See, also, 129 N. Y. Supp. 1128.

In re HOLYWELL. (Supreme Court, Appellate division, Second Department. July 27, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. Augustus Van Wyck to take testimony and report thereon, with his opinion, in the place of Hon. William D. Dickey, resigned. No opinion. See, also, supra.

HOME INS. CO., Respondent, v. WAITE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Home Insurance Company against J. Harvey Waite, Jr. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HOPE, Appellant, v. CONEY ISLAND & G. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Hope against the Coney Island & Gravesend Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOPKINS, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Donalena Hopkins against Harry A. Hopkins. F. C. Simons, for appellant. C. S. Bostwick, for respondent. No opinion. Order affirmed. Order filed.

HOPKINS v. HOPKINS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Donalena Hopkins against Harry A. Hopkins. No opinion. Motion denied. Order filed. See, also, supra.

HOWARD, Respondent, v. PETTEROLF, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Charles Howard against Henry A. Petterolf and another. No opinion. Order affirmed, without costs.

HUDNALL v. HUDNALL. Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Florence B. Hudnall

against Edward Hudnall. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with the terms stated in order. Order filed. See, also, infra.

HUDNALL v. HUDNALL. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Appeal from Special Term, New York County. Action by Florence B. Hudnall against Edward Hudnall. From the judgment, defendant appeals. Modified and affirmed. See, also, 130 N. Y. Supp. 1115. John Macgregor, for appellant. Charles S. Simpkins, for respondent.

PER CURIAM. The allowance of counsel fee after the services were performed was unjustifiable by any provision of the Code of Civil Procedure, and therefore the judgment should be modified, by striking out the counsel fee, and, as modified, affirmed, without costs.

DOWLING, J., dissents, in so far as the judgment below is affirmed.

In re HUGHES. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Clara H. Hughes, as executrix, etc. No opinion. Motion denied, without costs.

In re IGOE. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of James J. Igoe for admission to the bar. No opinion. Application granted.

In re JAFFE. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Benjamin Jaffe, an attorney. No opinion. Reference ordered. Settle order on notice.

JARVIS–PAYNE CO., Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the Jarvis-Payne Company against Norman R. Robinson. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Thomas M. Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by William O. Johnson against Archibald S. White. J. P. Cotton, Jr., for appellant. C. E. Thorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the application of Charles S. Jones for admision to the bar. No opinion. Inasmuch as the application was first made in the First department of this court, and denied, this application, being upon similar papers, is denied.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Charles S. Jones for admission to the bar. No opinion. Application granted. See, also, supra.

JOSLYN v. EMPIRE STATE DEGREE OF HONOR. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Myrtie A. Joslyn against the Empire State Degree of Honor. No opinion. Motion granted, and question certified as follows: Does the conplaint state facts sufficient to constitute a cause of action? See, also, 129 N. Y. Supp. 563.

KAMINSKY v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Riva Kaminsky, as administratrix, against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KAMMERER et al., Respondents, v. PANITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Robert L. Kammerer and another against Jacob Panitz and another. No opinion. Judgment affirmed, with costs.

KAVADA, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph Kavada against Henry A. Morgan. H. F. Cochrane, for appellant. P. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY LUMBER CO., Respondent, v. OTSELIC VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Kelly Lumber Company against the Otselic Valley Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., not voting.

KENNEDY v. WANAMAKER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Patrick Kennedy against John Wanamaker, New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1053.

KIMMERLE, Respondent, v. CAREY PRINTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George Kimmerle against the Carey Printing Company. No opinion. Motion denied. See, also, 129 N. Y. Supp. 572.

KING, Respondent, v. BISSELL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Edith L.